PROB 35
(Rev. 5/01)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

Southern District of Ohio

UNITED STATES OF AMERICA

v.

**Delmain Lee Fannin**

Crim. No.  0648 3:12CR00077 (1)

On July 19, 2019 the above named was placed on supervised release for a period of 3 years.  The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision.  It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

Kelvin Gover , *U.S. Probation Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   2nd   day of   October  , 20  20  .

(tp - per Judge Rice authorization after his review)

*United States District Judge*